### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                        NO. 4:09CR00299 JLH

TYRONE AIKENS                                                                         DEFENDANT

### ORDER

The government has filed a motion to dismiss the indictment against defendant Tyrone Aikens due to his death on July 1, 2010. The motion is GRANTED. Document #47. The indictment against defendant Tyrone Aikens is hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE